**Per A. Ramfjord, OSB No. 934024**
per.ramford@stoel.com
**Kennon Scott, OSB No. 144280**
kennon.scott@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

      Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NIKE USA, INC., an Oregon corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>BORIS BERIAN, an individual California resident,<br><br>      Defendant. | Case No. 3:16-cv-00743-SB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nike USA, Inc. hereby voluntarily dismisses this action without prejudice.  Defendant has neither answered nor filed a motion for summary judgment.

      DATED:  June 23, 2016.

      *s/ Per A. Ramfjord*
      PER A. RAMFJORD, OSB No. 934024
      paramfjord@stoel.com
      KENNON SCOTT, OSB No. 144280
      kennon.scott@stoel.com

      Attorneys for Plaintiff Nike USA, Inc.

Page 1   -   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE